# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

156882 & (17)(18)(19)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBERT ANGELO MYERS, II,
    Defendant-Appellant.

SC: 156882
COA: 339885
Kent CC: 17-001236-FH

_____/

    On order of the Court, the motion for immediate consideration and motion to amend application are GRANTED. The application for leave to appeal the October 30, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



t0321

Clerk